THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Verner E.
 Madden, Appellant.
 
 
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No.  2011-UP-281  
 Submitted May 1, 2011  Filed June 10,
2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General David Spencer, all of
 Columbia; and W. Walter Wilkins, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Verner E. Madden appeals his conviction for
 committing a lewd act upon a child under the age of sixteen.  He contends the
 trial court erred in (1) declining to grant his post-verdict motion for a new
 trial and (2) not permitting a sample piece of fence to be entered into
 evidence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: 
1.  As to whether the
 trial court erred in declining to grant the motion for a new trial: State v.
 Taylor, 348 S.C. 152, 159, 558 S.E.2d 917, 920 (Ct. App. 2002) (holding
 that a new trial motion should not be granted in a criminal case where evidence
 supports the conviction).
2.  As
 to whether the trial court erred in not permitting the sample piece of fence to
 be entered into evidence: Rule 403, SCRE (providing that relevant evidence
 "may be excluded if its probative value is substantially outweighed by the
 danger of . . . confusion of the issues[] or misleading the jury").
AFFIRMED.
 

HUFF,
 WILLIAMS, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.